United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------- x

U.S. ENERGY CORP., as represented by the Official Audit Committee of the Board of Directors of U.S. Energy Corp., and ENERGY ONE, LLC,

  Plaintiffs and Counter-Defendants,

vs.

APEG ENERGY II, LP, a Texas limited Partnership and APEG ENERGY II GP, LLC, a Texas limited liability company,

  Defendants and Counter-Plaintiffs.

------------------------------------------- x

U.S. ENERGY CORP., as represented by the Official Audit Committee of the Board of Directors of U.S. Energy Corp., and ENERGY ONE, LLC,

  Third-Party Plaintiffs,

vs.

DAVID A. VELTRI, in his capacity as a director of the Board of U.S. ENERGY CORP.,

  Third-Party Defendants.

------------------------------------------- x

APEG ENERGY II, LP,

  Cross-Plaintiff,

vs.

DAVID A. VELTRI, in his capacity as a director of the Board of U.S. ENERGY CORP.,

  Cross-Defendant.

Civil Action No.
4:19-cv-00754

## AGREED ORDER DISMISSING CLAIMS BETWEEN
## U.S. ENERGY AND APEG WITH PREJUDICE AND FINAL JUDGMENT.

Before the Court is Plaintiffs' U.S. Energy Corp. and Energy One, LLC (collectively, "U.S. Energy") and Defendants' APEG Energy II, LP and APEG Energy II GP, LLC (collectively, "APEG") Joint Motion and Stipulation Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) to dismiss with prejudice all claims by and between them, as asserted against each other.

On July 29, 2020, APEG Energy II, LP filed Cross-Plaintiff's Motion for Voluntary Dismissal to dismiss all claims against Cross-Defendant David A. Veltri with prejudice [Dkt # 75] (the "APEG/Veltri Dismissal"). The APEG/Veltri Dismissal was filed under Fed. R. Civ. P. 41(a)(1)(A)(ii), which took the effect of dismissing these claims without a court order.

On July 30, 2020, U.S. Energy filed its Notice of Voluntarily Dismissal Without Prejudice of all claims U.S. Energy asserted against Third-Party Defendant David A. Veltri pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt # 76], which, because no responsive pleading was on file, took effect immediately upon its filing.

~~The Court THEREFORE~~

~~GRANTS~~ On the joint motion and stipulation of U.S. Energy and APEG, ~~dismissing~~ all claims by and between them, as asserted against each other, are dismissed with prejudice.

With no other live claims remaining, this proceeding is ~~hereby~~ dismissed in its entirety.

~~SO ORDERED.~~

SIGNED on 9/10/20, 2020.

　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　United States District Judge